UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61007-CIV-COHN-SELTZER

RYAN TURIZO, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

CERTIFIED ASSOCIATES, LLC, d/b/a
CERTIFIED MARIJUANA DOCTORS.COM,

        Defendant.
_____/

## ORDER SETTING SCHEDULING CONFERENCE

**THIS CAUSE** has been referred to the undersigned Magistrate Judge to conduct a Scheduling Conference pursuant to Local Rule 16.1B for the purpose of setting pre-trial deadline dates and for determining possible consent to the jurisdiction of the Magistrate Judge for trial.  Accordingly, it is hereby **ORDERED** that a Scheduling Conference will be held on **Wednesday, May 22, 2019, at 2:00 p.m.** at the United States Courthouse, Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida.  All counsel of record and unrepresented parties are required to attend the Scheduling Conference.

Prior to the Scheduling Conference, the parties shall confer in good faith as to the following matters:

    1.    the possibility of promptly settling or resolving the case;

    2.    the arrangements for making initial disclosures required by Federal Rule of Procedure 26(a)(1);

    3.    a plan for discovery;

      4.      the preservation of discoverable information;

      5.      the disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;

      6.      prospective claims of privilege or work product protection and the propriety of a Confidentiality Order; and

      7.      consent to trial before a United States Magistrate Judge.

In lieu of filing the Conference Report and the Joint Proposed Scheduling Report required by Local Rule 16.1.B, the parties may file a joint statement certifying that they have conferred in good faith about all matters required by this Order.  **Any certification or  joint report shall be filed no later than noon on the day before the Scheduling Conference**.

**DONE  AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of May 2019.

BARRY S. SELTZER
United States Magistrate Judge

Copies via CM/ECF to:

Counsel of record and
unrepresented parties

2