UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1: 19-cv-61007-JIC – Cohn/Seltzer

RYAN TURIZO,                                                  CLASS ACTION
individually and on behalf of all others similarly
situated,

       Plaintiff,

v.

CERTIFIED ASSOCIATES, LLC  d/b/a
CERTIFIED MARIJUANA DOCTORS.COM

       Defendant.
_____/

## JOINT CERTIFICATION

Pursuant to Magistrate Judge Barry S. Seltzer's May 10, 2019 Order ("Order"), Defendant, Certified Associates, LLC d/b/a/ Certified Marijuana Doctors.Com and Plaintiff, Ryan Turizo, through their undersigned counsel, hereby certify that on May 21, 2019 the undersigned counsel conferred in good faith about all matters required by the Order.

DATED:  May 21, 2019.

| | |
|---|---|
| */s/* Jibrael S. Hindi | */s/* Jeffrey A. Backman |
| JIBRAEL S. HINDI, ESQ. | JEFFREY A. BACKMAN |
| Florida Bar No. 118259 | Florida Bar No. 662501 |
| THE LAW OFFICE OF JIBRAEL S. HINDI, PLLC. | Gregg I. Strock |
| | Florida Bar No. 1010140 |
| 110 SE 6th Street | GREENSPOON MARDER LLP |
| Ft. Lauderdale, FL 33301 | 200 E. Broward Blvd., Suite 1800 |
| Telephone: (954) 907-1136 | Ft. Lauderdale, FL  33301 |
| Facsimile: (855) 529-9540 | (954) 491-1120 |
| jibrael@jibraellaw.com | jeffrey.backman@gmlaw.com |
| | khia.joseph@gmlaw.com |
| *Attorney for Plaintiff* | gregg.strock@gmlaw.com |
| | marie.kusek@gmlaw.com |
| | |
| | *Attorneys for Defendant* |