UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.19-61007-CIV-COHN/SELTZER

RYAN TURIZO, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

CERTIFIED ASSOCIATES, LLC, d/b/a
CERTIFIED MARIJUANA DOCTORS.COM,

    Defendant.

_____/

## SCHEDULING ORDER

**THIS CAUSE** is before the Court on the Scheduling Conference held on May 22, 2019, before the undersigned. Trial in this cause is set for the two-week trial period commencing April 13, 2020. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Parties Exchange Rule Rule 26(a)(1) Initial Disclosures | June 21, 2019 |
| Joinder of Parties and Amendment of Pleadings | July 8, 2019 |
| Fact Discovery Completed | January 9, 2020 |
| Expert Discovery Completed | January 23, 2020 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | February 6, 2020 |
| Mediation Completed | March 12, 2020 |
| Motions in Limine | March 26, 2020 |

| | |
|---|---|
| Responses to Motions in Limine, Joint Pretrial Stipulation and Designation of Deposition Excerpts for Trial | April 6, 2020 |
| Submission of Voir Dire Questions and Objections to Deposition Designations[1] | Day of Calendar Call (April 9, 2020) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Florida, this 22nd day of May 2019.

　　　　　　　　　　　　　　　　　　　　　BARRY S. SELTZER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record and
any unrepresented parties

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.