UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 1:19-CV-61007

RYAN TURIZO,

    Plaintiff,

vs.

CERTIFIED ASSOCIATES, LLC d/b/a
CERTIFIED MARIJUANA DOCTORS.COM.

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff RYAN TURIZO, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: July 23, 2019

        Respectfully Submitted,

        /s/ Jibrael S. Hindi                              .
        **JIBRAEL S. HINDI, ESQ.**
        Florida Bar No.: 118259
        E-mail:   jibrael@jibraellaw.com
        **THOMAS J. PATTI, ESQ.**
        Florida Bar No.: 118377
        E-mail:   tom@jibraellaw.com
        The Law Offices of Jibrael S. Hindi
        110 SE 6th Street, Suite 1744
        Fort Lauderdale, Florida 33301
        Phone:   954-907-1136
        Fax:   855-529-9540

        *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 23, 2019, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

 /s/ Jibrael S. Hindi                 .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com