UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:19-CV-61007

RYAN TURIZO,

    Plaintiff,

vs.

CERTIFIED ASSOCIATES, LLC d/b/a
CERTIFIED MARIJUANA DOCTORS.COM.

    Defendant.

_____/

<b><u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u></b>

Plaintiff RYAN TURIZO and Defendant CERTIFIED ASSOCIATES, LLC d/b/a CERTIFIED MARIJUANA DOCTORS.COM, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.  This Stipulation of Dismissal disposes of the entire action.

    DATED: August 1, 2019

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Jeffrey A. Buckman |
| **JIBRAEL S. HINDI, ESQ.** | **JEFFREY A. BACKMAN, ESQ.** |
| Florida Bar No.: 118259 | Fla. Bar No. 662501 |
| E-mail:jibrael@jibraellaw.com | Primary E-mail: jeffrey.backman@gmlaw.com |
| **THOMAS J. PATTI, ESQ.** | Alternate E-mail: khia.joseph@gmlaw.com |
| Florida Bar No.: 118377 | **GREGG I. STROCK, ESQ.** |
| E-mail:tom@jibraellaw.com | Fla. Bar No. 1010140 |
| The Law Offices of Jibrael S. Hindi | Primary E-mail: gregg.strock@gmlaw.com |
| 110 SE 6th Street, Suite 1744 | Alternate E-mail: marie.kusek@gmlaw.com |
| Fort Lauderdale, Florida 33301 | GREENSPOON MARDER LLP |
| Phone: 954-907-1136 | 200 E. Broward Blvd. Suite 1800 |
| Fax:     855-529-9540 | Fort Lauderdale, Florida |
| | Phone: 954-491-1120 |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |